BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2002 HOLIDAY RAMBLER 38PKD IMPERIAL MOTORHOME, VIN: 1RF13464722017245, MONTANA LICENSE: 4C7249,<br><br>Defendant. | 2:12-MC-00033-MCE-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and Claimant Ronald Wayne Hansen ("Claimant"), by and through their respective attorney, as follows:

1. On or about February 17, 2012, Claimant filed a claim in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2002 Holiday Rambler 38PKD Imperial Motorhome, VIN: 1RF13464722017245, Montana License: 4C7249 ("defendant vehicle"), which was seized on November 9, 2011.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C.

1  § 983(a)(2)(A)-(E), and no person other than Claimant has filed a claim to the
2  defendant vehicle as required by law in the administrative forfeiture proceeding.

3      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
4  complaint for forfeiture against the defendant vehicle and/or to obtain an indictment
5  alleging that the defendant vehicle are subject to forfeiture within ninety days after a
6  claim has been filed in the administrative forfeiture proceedings, unless the court
7  extends the deadline for good cause shown or by agreement of the parties.  That
8  deadline is currently May 15, 2012.

9      4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
10 extend to August 15, 2012, the time in which the United States is required to file a
11 civil complaint for forfeiture against the defendant vehicle and/or to obtain an
12 indictment alleging that the defendant vehicle are subject to forfeiture.

13     5.  Accordingly, the parties agree that the deadline by which the United States
14 shall be required to file a complaint for forfeiture against the defendant vehicle and/or
15 to obtain an indictment alleging that the defendant vehicle are subject to forfeiture
16 shall be extended to August 15, 2012.

17                                             BENJAMIN B. WAGNER
                                                United States Attorney
18
   DATE:  5/10/12                               /s/ Kevin C. Khasigian
19                                              KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney
20
   DATE:  5/9/12                                /s/ Stephen A. Munkelt
21                                              STEPHEN A. MUNKELT
                                                Attorney for Claimant
22                                              Ronald Wayne Hansen

23                                             (Original signatures retained by attorney)
   **IT IS SO ORDERED**.
24

25  Dated:  May 11, 2012

26
                                                _____
27                                              MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE
28