BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00033-MCE-EFB |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| 2002 HOLIDAY RAMBLER 38PKD IMPERIAL MOTORHOME, VIN: 1RF13464722017245, MONTANA LICENSE: 4C7249, | |
| Defendant, | |

It is hereby stipulated by and between the United States of America and Claimant Ronald Wayne Hansen ("Claimant"), by and through their respective attorneys, as follows:

1.    On or about February 17, 2012, Claimant filed a claim in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2002 Holiday Rambler 38PKD Imperial Motorhome, VIN: 1RF13464722017245, Montana License: 4C7249 ("defendant vehicle"), which was seized on November 9, 2011.

2.    The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

///

1

Stipulation to Extend Time to File

1  The time has expired for any person to file a claim to the defendant vehicle under 18
2  U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimant has filed a claim to the
3  defendant vehicle as required by law in the administrative forfeiture proceeding.

4        **3.**      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
5  complaint for forfeiture against the defendant vehicle and/or obtain an indictment
6  alleging that the defendant vehicle is subject to forfeiture within ninety days after a claim
7  has been filed in the administrative forfeiture proceedings, unless the court extends the
8  deadline for good cause shown or by agreement of the parties.  That deadline was May 15,
9  2012.

10        **4.**      By Stipulation and Order filed May 14, 2012, the parties stipulated to
11  extend to August 15, 2012, the time in which the United States is required to file a civil
12  complaint for forfeiture against the defendant vehicle and/or to obtain an indictment
13  alleging that the defendant vehicle is subject to forfeiture.

14        **5.**      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
15  further extend to October 15, 2012, the time in which the United States is required to file
16  a civil complaint for forfeiture against the defendant vehicle and/or to obtain an
17  indictment alleging that the defendant vehicle is subject to forfeiture.

18        **6.**      Accordingly, the parties agree that the deadline by which the United States
19  shall be required to file a complaint for forfeiture against the defendant vehicle
20  and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture
21  shall be extended to October 15, 2012.

22
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1
2
3  DATE: **8/14/12**                    BENJAMIN B. WAGNER
                                        United States Attorney
4
5                                       **/s/ Kevin C. Khasigian**
                                        KEVIN C. KHASIGIAN
6                                       Assistant U.S. Attorney
7
8  DATE: **8/14/12**                    /s/ Stephen A. Munkelt
                                        STEPHEN A. MUNKELT
9                                       Attorney for Claimant
                                        Ronald Wayne Hansen
10
                                        **(Authorized by phone)**
11
12     **IT IS SO ORDERED.**
13 Dated:  August 23, 2012
14
                                        _____
15                                      MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**Stipulation to Extend Time to File**