BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-MC-00033-MCE-EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| 2002 HOLIDAY RAMBLER 38PKD IMPERIAL MOTORHOME, VIN: 1RF13464722017245, MONTANA LICENSE: 4C7249, | |
| Defendant, | |

It is hereby stipulated by and between the United States of America and Claimant Ronald Wayne Hansen ("Claimant"), by and through their respective attorneys, as follows:

1.  On or about February 17, 2012, Claimant filed a claim in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2002 Holiday Rambler 38PKD Imperial Motorhome, VIN: 1RF13464722017245, Montana License: 4C7249 ("defendant vehicle"), which was seized on November 9, 2011.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

///

1

Stipulation to Extend Time to File

1  The time has expired for any person to file a claim to the defendant vehicle under 18
2  U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimant has filed a claim to the
3  defendant vehicle as required by law in the administrative forfeiture proceeding.

4       3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
5  complaint for forfeiture against the defendant vehicle and/or obtain an indictment
6  alleging that the defendant vehicle is subject to forfeiture within ninety days after a claim
7  has been filed in the administrative forfeiture proceedings, unless the court extends the
8  deadline for good cause shown or by agreement of the parties.  That deadline was May 15,
9  2012.

10      4.     By Stipulation and Order filed May 14, 2012, the parties stipulated to
11 extend to August 15, 2012, the time in which the United States is required to file a civil
12 complaint for forfeiture against the defendant vehicle and/or to obtain an indictment
13 alleging that the defendant vehicle is subject to forfeiture.

14      5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
15 further extend to October 15, 2012, the time in which the United States is required to file
16 a civil complaint for forfeiture against the defendant vehicle and/or to obtain an
17 indictment alleging that the defendant vehicle is subject to forfeiture.

18      6.     Accordingly, the parties agree that the deadline by which the United States
19 shall be required to file a complaint for forfeiture against the defendant vehicle
20 and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture
21 shall be extended to October 15, 2012.

22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation to Extend Time to File

1
2
3   DATE: **8/14/12**                              BENJAMIN B. WAGNER
                                                   United States Attorney
4
5                                                  **/s/ Kevin C. Khasigian**
                                                   KEVIN C. KHASIGIAN
6                                                  Assistant U.S. Attorney
7
8   DATE: **8/14/12**                              **/s/ Stephen A. Munkelt**
                                                   STEPHEN A. MUNKELT
9                                                  Attorney for Claimant
                                                   Ronald Wayne Hansen
10
                                                   **(Authorized by phone)**
11
12      **IT IS SO ORDERED.**
13  Dated:  August 23, 2012
14  _____
15  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**Stipulation to Extend Time to File**